The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DUNCAN CONNELLY,<br><br>Defendant. | NO. CR26-037 JNW<br><br>ORDER CONTINUING SENTENCING HEARING |

THIS COURT, having considered the Parties' Stipulated Motion to Continue Sentencing and having found good cause therein, hereby ORDERS that the sentencing hearing in this case be continued from June 11, 2026 to August 20, 2026 at 10:30 a.m.

DATED this 11th day of March, 2026.

_____
JAMAL N. WHITEHEAD
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Grace W. Zoller*
GRACE W. ZOLLER
Assistant United States Attorney

Order Continuing Sentencing Hearing- 1
*United States v.* Connelly, CR26-037 JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970