The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

DUNCAN CONNELLY,

Defendant.

No. CR26-037 JNW

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE SENTENCING

This matter comes before the Court on a motion by the defendant, Duncan Connelly, to continue his sentencing hearing from August 20, 2026 to October 8, 2026, to grant additional time for Mr. Connelly to finalize his application for the Drug Reentry Alternative Model (DREAM) Program and for that application to be considered and decided. The government does not oppose the motion. Finding good cause, the Court GRANTS the motion and ORDERS that Mr. Connelly's sentencing is continued to October 8, 2026, at 9:30 a.m.

DONE this 25th day of June, 2026.

_____
The Honorable Jamal N. Whitehead
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO
CONTINUE SENTENCING
*Duncan Connelly*; CR26-037 JNW - 1